PEOPLE *ex rel.* REY *v.* COURT OF SPECIAL SESSIONS.

*(Supreme Court, General Term, First Department. June 29, 1892.)*

Application for a writ of *certiorari* on relation of Samuel Rey to review the determination of the court of special sessions affirming an order of a police magistrate in abandonment proceedings. Dismissed.

Argued before VAN BRUNT, P. J., and O'BRIEN and PATTERSON, JJ.

*Fromme Bros.,* for appellant. *Louis Hanneman,* (*H. J. Appel, Jr.,* of counsel,) for respondent.

VAN BRUNT, P. J. In view of the decision of this court in *People* v. *Murray,* 16 N. Y. Supp. 325, it does not seem necessary to discuss the points which are presented upon this appeal, as they were all disposed of in that case, and we see no distinction which possibly can be drawn between the case

as then presented and the one at bar, in respect to the reasons for the conclusion arrived at. The writ should be dismissed, with $10 costs and disbursements. All concur.